# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HUGH KELLY and CHRISTINE KELLY,** individually and on behalf of all similarly situated<br><br>**v.**<br><br>**SANTANDER CONSUMER USA INC.** | **CIVIL ACTION**<br><br>**NO. 20-3698** |

## ORDER RE: PLAINTIFFS' MOTION TO REMAND

**AND NOW** this 10th day of February, 20201, for the reasons stated in the attached

Memorandum, the Plaintiffs' Motion to Remand (ECF 8) is **DENIED**.

BY THE COURT:

s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-3698 Kelly v Santander\20cv3698 order on mtr 02102021.docx