IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUGH KELLY and CHRISTINE KELLY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>Defendant. | CIVIL ACTION<br><br>CLASS ACTION<br><br>Case No. 2:20-cv-03698 |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
SETTLEMENT AGREEMENT, CERTIFICATION OF SETTLEMENT
CLASS, APPROVAL OF ATTORNEY FEES AND COSTS, ENTRY OF
<u>FINAL JUDGMENT, AND DISMISSAL WITH PREJUDICE</u>**

AND NOW COME Plaintiffs, Hugh Kelly and Christine Kelly, by and through their undersigned counsel, who respectfully request that this Honorable Court enter a Final Approval Order in the form attached hereto: (i) granting Final approval of the Settlement Agreement and the Settlement of this action; (ii) Certifying, unconditionally, the Settlement Class as defined in the Settlement Agreement; (iii) Approving Class Counsel fees as requested; (iv) Approving Class Counsel Costs and Settlement Administration Costs incurred to date; (v) Approving the Incentive Awards to the Representative Plaintiffs; (vi) Requiring Defendant to undertake whatever steps are prescribed in the Settlement Agreement to request the removal of the tradelines from Settlement Class Members' credit reports; (vii) Requiring Defendant to Fund the Settlement, as specified in the Settlement Agreement; (viii) Entering final judgment in this matter; and; (ix) Dismissing the Released Claims with prejudice, leaving open the docket for administrative matters only.

| | |
|---|---|
| Respectfully submitted, | |
| /s/ Richard Shenkan | Lawrence F. Stengel |
| Richard Shenkan | Hon. Lawrence F. Stengel (Ret.) |
| Shenkan Injury Lawyers, LLC. | Saxton & Stump, P.C. |
| 6550 Lakeshore St. | 280 Granite Run Dr., Suite 300 |
| West Bloomfield, MI 48323 | Lancaster, PA 17601 |
| P: (248) 562-1320 | P: (717) 556-1000 |
| rshenkan@shenkanlaw.com | lfs@saxtonstump.com |
| *Co-Counsel for Plaintiffs* | *Co-Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was sent to all counsel of record on the date of filing via the Court's electronic court filing system (ECF).

SHENKAN INJURY LAWYERS, LLC.
*/s/ Richard E. Shenkan*
Richard E. Shenkan
*Co-Counsel for Plaintiffs*

2