IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HUGH KELLY and CHRISTINE KELLY, individually and on behalf of all others similarly situated,**<br>Plaintiffs,<br><br>v.<br><br>**SANTANDER CONSUMER USA, INC.,**<br>Defendant. | **CIVIL ACTION**<br><br>**NO. 20-3698** |

## ORDER

AND NOW this 15th day of December, 2023, it is hereby ORDERED that the Clerk shall remove this case from suspense status.

**BY THE COURT:**

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-3698 Kelly v Santander\20cv3698 order remove from suspense.docx